IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAAS FINANCIAL SERVICES LLC                                              PLAINTIFF

V.                              CASE NO. 3:20-CV-267-JM

WILKISON EQUIPMENT, LLC and
WENDY WILKISON                                                            DEFENDANTS

## ORDER

Pending is the Plaintiff's motion for an order directing the Clerk to issue a notice pursuant to Ark. Code Ann. §18-60-808. (Docket # 2). The motion is GRANTED. The Clerk is directed to issue the notice attached as Exhibit "A" to the motion filed at docket #2 and to provide a copy to the Plaintiff.

IT IS SO ORDERED this 8th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE